## 67028. KEATON v. THE STATE.
### (323 SE2d 8)

BENHAM, Judge.

This court having entered on January 4, 1984, a judgment in the above-styled case (169 Ga. App. 527 (313 SE2d 721) (1984)), affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Keaton v. State*, 253 Ga. 70 (316 SE2d 452) (1984), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, C. J., and Birdsong, J., concur.*

DECIDED SEPTEMBER 14, 1984.

*Gerald P. Word*, for appellant.

*Arthur E. Mallory III, District Attorney, Robert H. Sullivan, Assistant District Attorney*, for appellee.